Adam B. Nach – 013622
Kristofer R. McDonald – 033239
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: kristofer.mcdonald@lane-nach.com

*Attorneys for Stanley J. Kartchner, Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>DAVID RODRIGUEZ,<br>      Debtor.<br><br>STANLEY J. KARTCHNER, CHAPTER 7 TRUSTEE,<br>      Plaintiff,<br>vs.<br>SANTANDER CONSUMER USA, INC. dba CHRYSLER CAPITAL,<br>      Defendant. | (Chapter 7 Case)<br>Case No. 4:20-bk-00664-SHG<br>*Adv. No.*<br>**COMPLAINT**<br>**Count 1: 11 U.S.C. §§ 547, 550, and 551**<br>**Count 2: 11 U.S.C. §§ 541 and 542** |

Stanley J. Kartchner, Chapter 7 Trustee and Plaintiff herein ("**Plaintiff**"), by and through his attorneys undersigned, for his Complaint against Santander Consumer USA, Inc. dba Chrysler Capital ("**Defendant**"), respectfully alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334(b) and 157(b).

2. Plaintiff consents to the jurisdiction of this Court pursuant to Fed.R.Bankr.P. 7008.

3. Venue is proper before this Court pursuant to 28 U.S.C. §1409.

4. Pursuant to Federal Rule of Bankruptcy Procedure 7001, a proceeding to recover money or property is governed by Part VII of the Federal Rules of Bankruptcy Procedure.

5. Plaintiff is permitted to commence this adversary proceeding on behalf of the Estate pursuant to Federal Rules of Bankruptcy Procedure, Rule 6009.

6. Plaintiff is the duly appointed and acting Trustee of the Chapter 7 administrative case referenced above.

7. Upon information and belief, Defendant is an Illinois corporation authorized to do business in Arizona with its principal place of business located in Dallas, Texas.

8. All events complained of herein occurred in this District.

## **GENERAL ALLEGATIONS**

9. Plaintiff hereby repeats, reiterates and realleges all of the foregoing allegations as if more fully set forth herein.

10. This case was commenced by a voluntary petition filed by David Rodriguez ("**Debtor**") under Chapter 7 of Title 11, United States Code, on January 20, 2020 ("**Petition Date**").

11. Upon information and belief, prior to the commencement of this case and on December 16, 2019, Debtor purchased a 2014 Dodge Journey, VIN ending in 3251 (hereinafter the "**Vehicle**") and obtained financing through Defendant.

12. Upon information and belief, the Debtor borrowed funds from Defendant, took possession of the Vehicle on December 16, 2019, and granted Defendant a lien against the Vehicle in the amount of $10,275.83 on the same date (labeled "A1", "A2" and "A3" on the Title and Registration Application, attached hereto as **Exhibit "A"**).

13. The application to perfect the lien on the title was received on January 16, 2020 (labeled "A4" on the Title and Registration Application, **Exhibit "A"**), which date is more than thirty (30) days after the date the Debtor took possession of the Vehicle (labeled "A2" and "A3" on the Title and Registration Application, **Exhibit "A"**) .

14. According to Debtor's Schedule D of his Schedules of Assets and Liabilities, the amount of the lien as of the Petition Date was approximately $10,370.00. *See* Excerpt from Debtor's Schedule D attached hereto as **Exhibit "B"**.

15. Pursuant to the Debtor's Schedule A/B, the Debtor schedules a value for the Vehicle in the amount of $8,172.00. *See* Excerpt from Debtor's Schedule A/B attached hereto as **Exhibit "C"**.

## COUNT 1

### AVOIDANCE OF LIEN – 11 U.S.C. §§ 547, 550, and 551

16. Plaintiff hereby repeats, reiterates and realleges all of the foregoing allegations as if more fully set forth herein.

17. Upon information and belief, Defendant recorded its lien on the title to the Vehicle more than thirty (30) days after the Vehicle was purchased, but less than ninety (90) days prior to the commencement of this case, which falls within the preference period as defined in 11 U.S.C. § 547.

18. Upon information and belief, at the time the lien was placed on the Vehicle, the Debtor was insolvent or was presumed insolvent pursuant to 11 U.S.C. § 547(f).

19. The perfection of the Defendant's interest in the Vehicle secured an antecedent debt due to Defendant by Debtor.

20. The effect of Defendant placing a lien on the Vehicle more than thirty (30) days after the Debtor received delivery of the Vehicle, and within ninety (90) days prior to the Petition Date was to enable it to obtain more than it would have received under Chapter 7 of Title 11, United States Code, if the lien had not been placed on the Vehicle, and had Defendant received payment of such debt to the extent provided by Title 11 of the United States Code. *See In re Fidelity Financial Services, Inc., v Richard V. Fink*, 522 U.S. 211 (1998).

21. Pursuant to 11 U.S.C. §547(b), Plaintiff may avoid Defendant's lien on the Vehicle.

22. Pursuant to 11 U.S.C. §550, the avoided lien, or its equivalent value, is property of the Estate.

23. Pursuant to 11 U.S.C. §§ 550 and 551, upon avoidance of the lien under 11 U.S.C. §547(c)(3)(B), the lien on the Vehicle is preserved for the benefit of the bankruptcy estate.

WHEREFORE, Plaintiff prays for judgment against Defendant, Santander Consumer USA, Inc. dba Chrysler Capital, as follows:

A. Avoiding the aforesaid lien as a preference pursuant to 11 U.S.C. § 547(b);

B. Determining that the avoided lien is property of the Estate pursuant to 11 U.S.C. §§ 550 and 551, and preserving it for the benefit of the Estate;

C. Authorizing the Plaintiff to execute any and all documentation necessary, including a release of the avoided lien to affect the transfer of the 2014 Dodge Journey, VIN ending in 3251, free and clear of the avoided lien after payment on the avoided lien has been received;

D. Alternatively, if it is no longer practical to take possession of the Vehicle, awarding Plaintiff the value of the avoided transfer pursuant to 11 U.S.C. §550 in the amount of $10,370.00; and,

E. For such other and further relief as this Court deems just and proper.

## COUNT 2:

## TURNOVER – 11 U.S.C. §§ 541 and 542

24. Plaintiff hereby repeats, reiterates and realleges all of the foregoing allegations as if more fully set forth herein.

25. Upon information and belief, Debtor has made payments on the avoidable lien since the Petition Date.

26. Upon information and belief, all post-petition payments were made in connection with the avoidable lien which is preserved for the benefit of the Estate, and therefore, all such post-petition payments are property of the Bankruptcy Estate pursuant to 11 U.S.C. § 541.

27. The Estate is entitled to turnover of the post-petition payments pursuant to 11 U.S.C. § 542.

WHEREFORE, Plaintiff prays for a judgment against Defendant Santander Consumer USA, Inc. dba Chrysler Capital as follows:

> A. Declaring that all post-petition payments made on account of the avoided lien are property of the Estate;
>
> B. Directing Defendant to turn over the post-petition payments received to the Plaintiff in an amount to be proven at trial; and,
>
> C. For such other and further relief as this Court deems just and proper.

DATED: March 18, 2020

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach – 013622*
    Adam B. Nach
    Kristofer R. McDonald
    *Attorneys for Trustee*

# Exhibit "A"

# Motor Vehicle Division
ADOT  48-0509T R09/09  www.azdot.gov

## TITLE AND REGISTRATION APPLICATION
When you sell your vehicle or otherwise transfer ownership, or end your lease, complete a Sold Notice at www.servicearizona.com.

| Plate Number | Tab Number | Unit Number | Arizona Brand |

**Vehicle Identification Number:** 3251
**Make:** DODGE
**Body Style:** 4DHB
**Year:** 2014
**Arizona Brand:**

**Previous Brand/State:** | **Previous Brand/State:** | **Previous Brand/State:** | **Other States With Brands:**

**First Registered:** NOV2013
**Model:** JRNY
**List Price:** 023295
**GVW:** 000000
**Fuel:** G
**Odometer Reading (no tenths):** 0082517  [X] Actual  [ ] B  [ ] C
**Mobile Home W/L:**

**DAVID RODRIGUEZ**
**Legal Status:**
**Driver License or EIN:** [redacted]

[redacted]
VAIL          AZ 85641-9248

◀ Owner Names Mailing Address

**Registration Expiration Date:** 10/31/2020

**A1**  Date: 12162019

**Residence Address of Owner or Lessee (if different from Mailing Address):**

**Lienholders:**
Name: CHRYSLER CAPITAL
Driver License or EIN: [redacted]
Mailing Address: PO BOX 961272        FORT WORTH     Legal Status:    TX 761610272
Name:
Driver License or EIN:
Mailing Address:                                      Legal Status:                        Date:

**Mobile Home Manufacturer:**       **Vehicle/Mobile Home Location:**

| Service Options | Date Vehicle Acquired |

[ ] Vehicle is specially constructed or reconstructed.
[ ] Vehicle will be rented without a driver (such as a rental car).
[ ] I certify that this vehicle, commonly referred to as a station wagon or referred to by the manufacturer's rating as a 3/4 ton or less pickup truck or 3/4 ton or less van, is not maintained and operated more than 1,000 hours in a vehicle registration year for the transportation of passengers or property in the furtherance of a commercial enterprise.
[ ] I certify that this trailer or semitrailer with a declared gross weight of 10,000 lbs or less is not maintained and operated in the furtherance of a commercial enterprise.
[ ] I consent to the release of personal information contained in my driver license and vehicle record. I understand that this is not a one-time consent that applies only to a specific individual or organization, but is instead a general consent that applies to all requests from any and all individuals or organizations for any purpose, until revoked by me in writing. Consent for a vehicle record applies to all owners.

**Fees**
VLT   116.16
REG     8.00
TTL     4.00
SHF    32.00

I certify that the information above and any documentation that I submit in support of this application, is true and correct, and that the vehicle is free from liens, except those indicated above. I acknowledge that the odometer reading above is qualified by the seller and that it is not the responsibility of the Motor Vehicle Division to determine the accuracy of the odometer statement. I understand that vehicles registered for use in, or used to commute into, Air Quality Control areas (including greater metro Phoenix or Tucson) may be subject to emissions testing.

**All Owners Sign Here**

"OR" Legal Status: I do hereby state that we hold this property as joint tenants and furthermore empower and authorize each other as attorney in fact to assign the certificate of title by his or her signature alone and thereby transfer, sell, mortgage or otherwise encumber the vehicle, or transfer license plates and/or fees in the same manner as though all joint owners had acted and signed.

**Owners With "OR" Legal Status Also Sign Here**

**A4**

**Batch/Date/Office Number:** 0U92 01162020 6187
**Cat:** A
**Canceled Plate Number/State/Agent:** [ ] 1  [ ] 2 Plates
**New Title Number:** 0U920016044
**New Film Reference Number:** V0160U9219   **Type:** ELT
**Prior Title Number:** ELTA019318477
**State:** AZ
**Prior Film Reference Number:** DMS

**TOTAL**  160.16

0922091235

C200163A

# ADOT
**Motor Vehicle Division**
96-0236 R1/16  azdot.gov

DEAL #: 89627
CUST #: 765544
169.88

# TITLE AND REGISTRATION APPLICATION

[X] Title and Registration  [ ] Title Only  [ ] Duplicate  [ ] Registration Only  [ ] Dismantle  [ ] Salvage  [ ] Stole

| Plate Number | Plate Credit No. | Credit Eff. Date | First Registered | Reg. Eff. Date | Reg. Expiration Date | Unit Number | Mobile Home W/L |
|---|---|---|---|---|---|---|---|
| NP | | | | | | | |

| Vehicle Identification Number | Make | Body Style | Year | Model | List Price |
|---|---|---|---|---|---|
| 3251 | DODGE | 4D | 2014 | JOURNEY | $23295 |

| GVW | Fuel | Odometer Reading (no tenths) | Odometer Codes* | Vehicle Construction | Trailer Plate Size |
|---|---|---|---|---|---|
| | GAS | 82517 | [X] A [ ] B [ ] C | [ ] Specially Constructed  [ ] Reconstructed | [ ] Full Size  [ ] Small |

| Lien Amount | Lien Date | Additional lien or lienholders (attach another application) |
|---|---|---|
| $ 10275.83 | 12/16/2019 | |

**A2**

| Lienholder Driver License or EIN* | Lienholder Name (if no lien, write NONE) | Legal Status |
|---|---|---|
| | CHRYSLER CAPITAL | [ ] Or  [ ] And  [ ] And/Or |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| PO BOX 961272 | FT WORTH | TX | 76161 |

| Owner Driver License or EIN* | Owner Name (first, middle, last, suffix) |
|---|---|
| | DAVID RODRIGUEZ |

| Date of Birth | MVD Tax Account Number (if applicable) | Legal Status* (If "Or" is checked, owner must sign here.) [ ] Or  [ ] And  [ ] And/Or  Sign ▶ |
|---|---|---|

| Street Address | City | State | Zip | County |
|---|---|---|---|---|
| | VAIL | AZ | 85641 | |

| Mailing Address (if different from above) | City | State | Zip | County |
|---|---|---|---|---|

| Owner Driver License or EIN* | Owner Name (first, middle, last, suffix) |
|---|---|

| Date of Birth | MVD Tax Account Number (if applicable) | Legal Status* (If "Or" is checked here or above, owner must sign here.) [ ] Or  [ ] And  [ ] And/Or  Sign ▶ |
|---|---|---|

| Street Address | City | State | Zip | County |
|---|---|---|---|---|

| Mailing Address (if different from above) | City | State | Zip | County |
|---|---|---|---|---|

| Owner Driver License or EIN* | Owner Name (first, middle, last, suffix) [ ] Additional owners (attach another application) |
|---|---|

| Date of Birth | MVD Tax Account Number (if applicable) | Legal Status* (If "Or" is checked here or above, owner must sign here.) [ ] Or  [ ] And  [ ] And/Or  Sign ▶ |
|---|---|---|

| Street Address | City | State | Zip | County |
|---|---|---|---|---|

| Mailing Address (if different from above) | City | State | Zip | County |
|---|---|---|---|---|

| Vehicle/Mobile Home Location | City | State | Zip | County |
|---|---|---|---|---|
| | VAIL | AZ | 85641 | |

**A3**

| Service Options* | Date Vehicle Acquired |
|---|---|
| | 12/16/2019 |

[ ] I consent to the release of personal information contained in my driver license and vehicle record. I understand that this is not a one-time consent that applies only to a specific individual or organization, but is instead a general consent that applies to all requests from any and all individuals or organizations for any purpose, until revoked by me in writing. Consent for a vehicle record applies to all owners.

[ ] Vehicle will be rented without a driver (such as a rental car).

[ ] I certify that this vehicle, commonly referred to as a station wagon or referred to by the manufacturer's rating as a 3/4 ton or less pickup truck or 3/4 ton or less van, is not maintained and operated more than 1,000 hours in a vehicle registration year for the transportation of passengers or property in the furtherance of a commercial enterprise.

[ ] I certify that this trailer or semitrailer with a declared gross weight of 10,000 lbs or less is not maintained and operated in the furtherance of a commercial enterprise.

I certify that the information above and any documentation which I submit in support of this application, is true and correct; that the vehicle is free from liens, except those indicated above and that I have read and understand the requirements of the legal status indicated above. I acknowledge that the odometer reading above is qualified by the seller and that it is not the responsibility of the Motor Vehicle Division to determine the accuracy of the odometer statement. I understand that vehicles registered for use in, or used to commute into, Air Quality Control Areas (including greater metro Phoenix and Tucson) may be subject to emission testing.

If "Or" is checked above, owners must also sign the Legal Status boxes above.

All Owners Sign Here ▶ [signature]

| MVD Use | Cat | Canceled Plate Number/State/Agent [ ] 1  [ ] 2 Plates | Current Title Number | State | Date Title Issued | • See Reverse |
|---|---|---|---|---|---|---|

| REG | EIF | TRN | AQF | PST | PEN | LOP | SNO | DOR | TTL |
|---|---|---|---|---|---|---|---|---|---|

| UTX | SPL | VLT | CRF | WGT | MCF | PRC | Total Fees |
|---|---|---|---|---|---|---|---|

# Exhibit "B"

| | | |
|---|---|---|
| Debtor 1 | **David Rodriguez** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | |
| Case number (if known) | 4:20-bk-00664 | ☐ Check if this is an amended filing |

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Santander Consumer USA**<br>Creditor's Name<br>**Attn: Bankruptcy**<br>**10-64-38-Fd7 601 Penn St**<br>**Reading, PA 19601**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2014 Dodge Journey 83,700 miles SXT Sport Utility 4D**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,370.00 | $8,172.00 | $2,198.00 |

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Purchase Money Security**

Date debt was incurred  **Opened 12/19  Last Active 12/31/19**
Last 4 digits of account number  **1000**

Official Form 106D  Schedule D: Creditors Who Have Claims Secured by Property  page 1 of 2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

# Exhibit "C"

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **David** First Name | **Rodriguez** Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | 4:20-bk-00664 | | |

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1 Make: **Indian Chief**
   Model: **Dark Horse**
   Year: **2016**
   Approximate mileage: **7,200**
   Other information:

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$8,135.00**
   Current value of the portion you own? **$8,135.00**

   3.2 Make: **Dodge**
   Model: **Journey**
   Year: **2014**
   Approximate mileage: **83,700**
   Other information: **SXT Sport Utility 4D**

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$8,172.00**
   Current value of the portion you own? **$8,172.00**

Official Form 106A/B                          Schedule A/B: Property                                 page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Case 4:20-ap-00074-SHG    Doc 1    Filed 03/18/20    Entered 03/18/20 12:25:43    Desc
Case 4:20-bk-00664-SHG    Doc 16   Filed 02/18/20    Entered 02/18/20 21:27:46    Desc
                         Main Document    Page 3 of 32
                         Main Document    Page 12 of 12